# EXHIBIT A

# IN THE CIRCUIT COURT OF TENNESSEE
## ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

Martha L. Warren, individually and as )
Trustee of the Brooks & Olivia Bono )
Irrevocable Trust, and Vincent Bono, )
)
        Plaintiffs, )
v. )    Docket No. 11C437
)
Lincoln Benefit Life Company )
)
        Defendant. )

## VERIFIED COMPLAINT

Plaintiffs, Martha L. Warren individually and as Trustee of the Brooks & Olivia Bono Trust and Vincent Bono (hereinafter "Plaintiffs"), through counsel, files their Complaint against Defendant Lincoln Benefit Life Company, A Member of Allstate Financial Group (hereinafter "Defendant") to reinstate Defendant's life insurance policies on the life of Vincent Bono, Policy Numbers 01U0293804 and 01U0293806 (hereinafter "Policies"), or in the alternative for payment of all premiums paid on the Policies since the beginning of time, and otherwise to recover damages and would respectively show unto the Court the following:

1.    Martha L. Warren is the owner of Policy Number 01U0293804 and is a resident of Hamilton County, Tennessee.

2.    The Brooks & Olivia Bono Trust (the "Trust") is an irrevocable trust for the benefit of Brooks Bono and Olivia Bono whose Trustee is Martha L. Warren and is the owner of Policy Number 01U0293806.

3.    Vincent Bono is a resident of Hamilton County, Tennessee and is the Insured under the Policies.

4.     Lincoln Benefit Life Company is a Nebraska Corporation who may be served with process through its Registered Agent, CT Corporation System at 1024 K Street, Lincoln, Nebraska 68508 and is an insurance company doing business in Tennessee as Company #605679 and NAIC #65595.

5.     Plaintiffs and Defendant entered into two policy contracts on March 23rd, 1999 (hereinafter the "Contracts") for the life of Vincent Bono. A copy of the Contracts are attached hereto as Exhibit "A" and incorporated herein by reference.

6.     On December 4, 2010, Defendant notified Plaintiffs of amounts due under the Policies, to wit $1,188.75 due on December 23, 2010 for Policy Number 01U0293804 and $1,188.75 due on December 23, 2010 for Policy Number 01U0293806 by written letters (hereinafter the "Notices"). A copy of the Notices are attached hereto as Cumulative Exhibit "B" and incorporated herein by reference.

7.     On December 22, 2010, Plaintiffs dispatched overnight via UPS payments payable to Lincoln Benefit Life Company in the amounts due in the Notices (hereinafter the "Payments").

8.     On December 23, 2010, at 9:32 A.M., United Parcel Service (UPS) delivered the Payments to Defendant. A copy of the UPS Proof of Delivery is attached hereto as Exhibit "C" and incorporated herein by reference.

9.     Despite cashing both checks (See Exhibit "D" attached) Defendant notified Plaintiffs that the Policies had been terminated and would not be reinstated. Plaintiffs through their agent James Ira Tucker, made repeated requests to have the policies reinstated and were told that due to an internal error, Defendant's two invoices were off by $38.00 which shortage

caused the lapses. Plaintiffs relied on the invoices to be accurate and had no reason to believe otherwise.

10.     Plaintiffs have made payments in the amount of One Hundred Eighty Eight Thousand, Four Hundred and Five Dollars ($188,405.00) See proof of payments from Defendant attached hereto as Exhibit "E" and incorporated herein by reference.

11.     Defendant acted in bad faith by terminating and failing to reinstate the Policies.

12.     Defendant developed a course of dealing with Plaintiffs over many years that make Defendant's actions of termination and failure to reinstate unconscionable.

13.     Plaintiffs request an Order of Reinstatement of both Policies having Defendant pay any premium deficiencies that have accumulated.

14.     Plaintiffs alternatively request judgment in the amount of One Hundred Eighty Eight Thousand, Four Hundred and Five Dollars ($188,405.00) for premium payments made on the Policies, plus interest and attorney's fees and costs of this action.

WHEREFORE, premises considered, Plaintiffs pray:

1.     That proper process and copy issue and be served on the Defendant requiring it to answer this Complaint within the time required by law and the rules of this Court.

2.     That at the hearing of this cause Plaintiffs be awarded a judgment and contractual damages against the Defendant and in the amount of $188,405.00 for premiums paid plus interest plus reasonable attorney fees and other costs of collection; and/or

3.     In the alternative Plaintiffs request an Order of Reinstatement of both policies with Defendant and that Defendant be order to pay or waive any premium deficiencies to date.

4.     That Plaintiffs have such other, further relief to which they may be entitled to after an appropriate hearing.

Respectfully submitted,

Law Office of Robert D. Philyaw

By _____

Robert D. Philyaw  (BPR #21641)
101 Palisades Drive
Signal Mountain, TN  37377
423/886-9832
Fax 423/886-9835

STATE OF TENNESSEE )
COUNTY OF HAMILTON )

   I, **Martha L. Warren,** being first duly sworn accordingly to law, make oath that I am a Plaintiff herein and the Trustee of the Plaintiff Trust, that the facts set forth in the foregoing Complaint are true to the best of my knowledge, information and belief.

**The Brooks & Olivia Bono Irrevocable Trust**

By _____

       Martha L. Warren
Its:    Trustee

**Martha L. Warren, Individually**

_____

       Martha L. Warren

Sworn to and subscribed before me this 18 day of March , 2011.

_____
Notary Public
My Commission Expires: 9- 22 -13

| | |
|---|---|
| INSURED: | VINCENT BONO |
| PAYMENT CLASS: | STANDARD NON-SMOKER |
| POLICY NUMBER: | U0293806 |
| BASE AMOUNT: | $1,500,000 |
| ISSUE AGE: | 50    ISSUE DATE: 03/23/1999 |

## THIS IS A LEGAL CONTRACT - READ IT CAREFULLY

**LINCOLN BENEFIT LIFE COMPANY** promises to pay the death benefit to the beneficiary on death of the insured upon receipt of due proof of death of the insured.

**PLEASE EXAMINE THE APPLICATION.** We issued this policy based upon the answers in the application (copy included). If all answers are not complete and true, the policy may be affected.

**RIGHT TO CANCEL YOUR POLICY.** You may cancel this policy by delivering or mailing a written notice or sending a telegram to Lincoln Benefit Life Company, P.O. Box 80469, Lincoln, NE 68501, or to the agent from whom you purchased it, and by returning the policy or contract before midnight of the 20th day after the date you receive the policy. Notice given by mail and return of the policy or contract by mail are effective on being postmarked, properly addressed and postage prepaid. We will return all payments made for this policy within ten days after we receive notice of cancellation and the returned policy. **READ YOUR CONTRACT CAREFULLY.**

Executed for the company at its home office in Lincoln, Nebraska on its issue date.

_John J. Morris_

Vice President and Secretary

_(signature)_

President

### FLEXIBLE PREMIUM ADJUSTABLE LIFE POLICY

Minimum Premium Required in the First Year
Death Benefit Payable on the Insured's Death
Flexible Premiums Payable for Life
Nonparticipating

*UL 9250*

## LINCOLN BENEFIT LIFE
### C O M P A N Y
LINCOLN BENEFIT LIFE CENTRE, LINCOLN, NE 68501-0469
A Legal Reserve Stock Life Insurance Company



EXHIBIT

A

```
INSURED:        VINCENT BONO
PAYMENT CLASS:  STANDARD NON-SMOKER
POLICY NUMBER:  U0293806
BASE AMOUNT:    $1,500,000
ISSUE AGE:      50        ISSUE DATE:    03/23/1999
```

# Type of Policy

This policy insures the life of the insured. If the insured dies while this policy is in force, the death benefit will be paid to the beneficiary.

Payments for this policy are flexible. They may be made during the lifetime of the insured.

During the lifetime of the insured, you may:

...change the planned payments and time between payments;

...obtain policy loans;

...change the beneficiary;

...change the death benefit option;

...surrender the policy for its cash value;

...exercise the other rights provided.

This is only a summary of the policy terms. The detailed provisions of this policy will control. The provisions of your policy are set forth in the following sections:

| | | | | |
|---|---|---|---|---|
| Schedule | Page 3 | Policy Value | Page 9 |
| Definitions | Page 6 | Cash Value | Page 9 |
| Death Benefit | Page 6 | Loans | Page 10 |
| Beneficiary | Page 7 | Other Terms of Your Policy | Page 10 |
| Ownership | Page 7 | Application | Insert |
| Premium Payment | Page 8 | Benefit Riders (if any) | Insert |

### READ YOUR CONTRACT CAREFULLY

**FLEXIBLE PREMIUM ADJUSTABLE LIFE POLICY**
**Minimum Premium Required in the First Year**
**Death Benefit Payable on the Insured's Death**
**Flexible Premiums Payable for Life**
**Nonparticipating**

*UL 9250*

## POLICY DATA

```
        INSURED    VINCENT BONO
  PAYMENT CLASS    STANDARD NON-SMOKER
  POLICY NUMBER    U0293806
    BASE AMOUNT    $1,500,000
 AGE OF INSURED    50              ISSUE DATE  03/23/1999
```

MONTHLY ACTIVITY DAY   23

### B E N E F I T   D E S C R I P T I O N

YEAR OF EXPIRY
OR MATURITY

```
FLEXIBLE PREMIUM ADJUSTABLE LIFE
INSURANCE - DEATH BENEFIT OPTION 1                LIFE


REQUIRED PAYMENT                    $10,680.00
PLANNED QUARTERLY PREMIUM            $3,566.25
INITIAL PREMIUM                     $4,957.20
```

THE PAYMENT OF A MONTHLY SAFETY NET PREMIUM OF $1,188.75 IS GUARANTEED
TO KEEP THIS POLICY INFORCE FOR 20 YEARS, ASSUMING NO LOANS OR WITH-
DRAWALS ARE TAKEN.   SEE THE SAFETY NET PROVISION ON PAGE 8 FOR DETAILS.

UL 9250                       -3-                       U0293806

## SCHEDULE OF EXPENSE AND SURRENDER CHARGES

EXPENSE CHARGE:

    MONTHLY POLICY FEE:                $5.00

    FOR PARTIAL WITHDRAWALS DURING THE FIRST 9 POLICY YEARS, THERE MAY BE A CHARGE EQUAL TO A PERCENTAGE OF THE AMOUNT WITHDRAWN:  THE PERCENTAGES DECLINE BY POLICY YEAR.  SEE PAGE 10 FOR FULL DETAILS.

SURRENDER CHARGES:

| POLICY YEAR | AMOUNT OF CHARGE | POLICY YEAR | AMOUNT OF CHARGE |
|---|---|---|---|
| 1 | 17,756 | 9 | 38,354 |
| 2 | 35,513 | 10 | 35,513 |
| 3 | 49,718 | 11 | 31,251 |
| 4 | 49,718 | 12 | 26,990 |
| 5 | 49,718 | 13 | 22,728 |
| 6 | 46,877 | 14 | 19,887 |
| 7 | 44,036 | 15 ON | 0 |
| 8 | 41,195 | | |

Case 1:11-cv-00115-CLC-SKL   Document 1-1   Filed 04/28/11   Page 9 of 45   PageID #: 12

# TABLE OF GUARANTEED CASH VALUES

## POLICY NUMBER U0293806

## FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE

| END OF YEAR | ANNUAL PLANNED PREMIUM | POLICY VALUE | CASH VALUE |
|---|---|---|---|
| 1 | 15,656 | 8,206 | 0 |
| 2 | 14,265 | 14,617 | 0 |
| 3 | 14,265 | 20,506 | 0 |
| 4 | 14,265 | 25,734 | 0 |
| 5 | 14,265 | 30,173 | 0 |
| 6 | 14,265 | 33,671 | 0 |
| 7 | 14,265 | 36,083 | 0 |
| 8 | 14,265 | 37,284 | 0 |
| 9 | 14,265 | 37,067 | 0 |
| 10 | 14,265 | 35,180 | 0 |
| 11 | 14,265 | 31,334 | 83 |
| 12 | 14,265 | 25,204 | 0 |
| 13 | 14,265 | 16,329 | 0 |
| 14 | 14,265 | 4,202 | 0 |
| 15 | 14,265 | 0 | 0 |
| 16 | 14,265 | 0 | 0 |
| 17 | 14,265 | 0 | 0 |
| 18 | 14,265 | 0 | 0 |
| 19 | 14,265 | 0 | 0 |
| 20 | 14,265 | 0 | 0 |
| AT AGE 65 | 14,265 | 0 | 0 |
| AT AGE 70 | 14,265 | 0 | 0 |
| AT AGE 99 | | ** | ** |

THE CASH VALUES ABOVE ARE CALCULATED ASSUMING PAYMENT OF ANNUAL PLANNED PREMIUMS (AS SHOWN ABOVE), THE BENEFITS SHOWN ON THE PREVIOUS PAGE AT TIME OF ISSUE, THE GUARANTEED COST OF INSURANCE FOR THESE BENEFITS AND THE GUARANTEED INTEREST RATE.

NOTE: IT IS POSSIBLE THAT COVERAGE WILL EXPIRE IF ACTUAL PAYMENTS ARE INSUFFICIENT TO CONTINUE COVERAGE. BASED ON THE GUARANTEED FACTORS AND PAYMENT OF THE PLANNED PREMIUMS, THE POLICY WILL EXPIRE WITHOUT VALUE ON 03/23/2019 UNLESS PREMIUMS LARGER THAN THE PLANNED PREMIUMS ARE PAID.

** COVERAGE HAS EXPIRED WITHOUT VALUE.

# GUARANTEED MONTHLY COST OF INSURANCE

| POLICY YEAR | RATE PER $1,000 | POLICY YEAR | RATE PER $1,000 |
|---|---|---|---|
| 1 | 0.42 | 34 | 10.79 |
| 2 | 0.46 | 35 | 11.84 |
| 3 | 0.51 | 36 | 12.95 |
| 4 | 0.56 | 37 | 14.09 |
| 5 | 0.62 | 38 | 15.26 |
| 6 | 0.68 | 39 | 16.44 |
| 7 | 0.75 | 40 | 17.65 |
| 8 | 0.82 | 41 | 18.92 |
| 9 | 0.91 | 42 | 20.26 |
| 10 | 1.00 | 43 | 21.73 |
| 11 | 1.10 | 44 | 23.47 |
| 12 | 1.22 | 45 | 25.81 |
| 13 | 1.35 | 46 | 29.32 |
| 14 | 1.50 | 47 | 35.08 |
| 15 | 1.67 | 48 | 45.08 |
| 16 | 1.85 | 49 | 62.09 |
| 17 | 2.05 | | |
| 18 | 2.26 | | |
| 19 | 2.49 | | |
| 20 | 2.74 | | |
| 21 | 3.03 | | |
| 22 | 3.36 | | |
| 23 | 3.74 | | |
| 24 | 4.17 | | |
| 25 | 4.64 | | |
| 26 | 5.15 | | |
| 27 | 5.68 | | |
| 28 | 6.24 | | |
| 29 | 6.82 | | |
| 30 | 7.46 | | |
| 31 | 8.15 | | |
| 32 | 8.93 | | |
| 33 | 9.81 | | |

UL 9250

U0293806

# Definitions

When these words are used in this policy, they have the meaning stated:

*"you"*

The owner of the policy.

*"we (our, us)"*

Our Company, Lincoln Benefit Life Company.

*"insured"*

The person whose life is covered by this policy.

*"schedule"*

The pages of this policy which identify specific information about the insured and the benefits.

*"issue age"*

The age of the insured at the time this policy was issued (issue date) determined by the insured's last birthday.

*"monthly-automatic payment"*

A method of making payments each month automatically; for example, by bank draft or salary deduction.

*"benefit rider"*

An additional benefit we are providing.

*"premium class"*

The class into which the insured is placed, determined by our rules for providing insurance coverage.

*"policy year"*

A twelve month period beginning on an anniversary of the issue date.

*"policy month"*

A one month period beginning on the same day of the month as the issue date of the policy.

*"app"*

The application which you completed requesting this policy, and any supplemental applications.

*"monthly activity day"*

The day of the month on which deductions are made and interest is credited. This day is shown on page 3.

*"base amount"*

The initial death benefit, shown on page 3, adjusted for any decreases made after the issue date.

*"policy value"*

The amount from which monthly deductions are made and the death benefit is determined.

*"cash value"*

The amount which may be borrowed, withdrawn or used to buy reduced paid-up insurance.

*"required payment"*

The minimum premium which must be paid to keep the policy in force for the first year.

*"net"*

Used in reference to the death benefit, policy value or cash value. This means that this item has been reduced by any outstanding policy loans and accrued loan interest.

# Death Benefit

If the insured dies while this policy is in force, we will pay the death benefit when we have received due proof of death. The death benefit will be based on:

1.  The death benefit option in effect on the date of death;

2.  Any decreases to the base amount.

You may name a new owner. We will provide a form to be signed. You must file it with us. Upon receipt, it is effective as of the date you signed the form, subject to any action we have taken before we received it.

You may assign this policy or an interest in it to another. You must do so in writing and file the assignment with us. No assignment is binding on us until we receive it. When we receive it your rights and those of the beneficiary will be subject to the assignment.

We are not responsible for the validity of any assignment you make.

## Premium Payment

*payments*

Premiums for this policy are referred to as payments. The planned payment, required payment and the time between payments are shown on Page 3.

Payments are flexible. This means you may change the amount of planned payments and the time between payments. During the first year, you must pay an amount at least as great as the required payment.

We must have received the first payment on the issue date. There is no insurance until the first payment is made.

We will send you a reminder notice if you pay annually, semi-annually or quarterly. You may also make a monthly-automatic payment. We may establish limits on both the amount of payment and the time between payments.

Payments must be sent to our home office. If you ask, we will give you a receipt.

The amount you pay will affect the cash value of this policy. If you pay too little, the policy will stop subject to the grace period.

*grace period*

Except as provided in the safety net provision below, if on any monthly activity day the policy value, or net cash value if there is a loan, is determined to be less than the monthly deduction for the current policy month, we will determine the number of days that the policy value, or net cash value if there is a loan, will provide on a pro-rata basis for the cost of insurance, expense deductions and loan interest, if any. We will then allow a grace period of 60 days. This policy will be in force during the grace period. If you do not make a sufficient payment by the end of the grace period, the policy will stop. If the insured dies during the grace period, we will deduct any monthly deductions from the amounts we pay.

We will send a written notice to the most recent address we have for you at least 30 days prior to the day coverage stops.

*safety net*

This policy will not end during the number of years the monthly safety net premium applies as shown on Page 3, if A equals or exceeds B where:

A is the total premiums paid less any policy loans and withdrawals; and

B is the total of safety net monthly premiums from the issue date to and including the date of the unpaid monthly deduction.

The safety net monthly premium is shown on Page 3.

*reinstatement*

If this policy stops, you may ask us to reinstate it--that is, put the policy back in full force--up to 5 years after the date that it stopped. If you elected the reduced paid-up option, you may also reinstate it. You may not use the right if we paid you the cash value.

We will reinstate the policy if you:

1.  Give us the proof we require that the insured is still insurable in the same payment class that the policy was issued;

2.  Pay an amount large enough to cover the monthly deductions for the time, up to 6 months, since the policy value became zero or the time since you chose reduced paid-up insurance;

## partial withdrawal

You may request a partial withdrawal of your net cash value. We will reduce both the policy value and the death benefit by the amount of any partial withdrawal. The amount of the withdrawal must be at least $250.00, but not more than the net cash value. In addition, no partial withdrawal may reduce the net cash value below $500.00.

Preferred withdrawals may be taken without a withdrawal charge. A preferred withdrawal is that portion of your withdrawal that is not greater than the net policy value before the withdrawal less the sum of all payments that have been made to this contract.

For other than preferred withdrawals, we will deduct a withdrawal charge from each partial withdrawal equal to the smaller of A and B, but not less than $25.00 where:

A is the policy surrender charge; and

B is a percentage of the amount withdrawn which declines by policy year as follows:

| Policy Year | Partial Withdrawal Percentage Charge |
|---|---|
| 1-5 | 5% |
| 6 | 4 |
| 7 | 3 |
| 8 | 2 |
| 9 | 1 |
| 10 and later | 0 |

We may defer the payment of any partial withdrawal for up to 6 months after you ask us. We will continue to credit interest during this time.

## basis of values

Minimum cash values are based on the 1980 CSO Mortality Table, age last birthday, male or female, smoker or nonsmoker, as appropriate, with interest of 4%. The minimums are not less than those required by the state in which this policy is delivered.

# Loans

You may have a loan if you assign this contract to us as sole security. The total amount of your loan and loan interest may not exceed the loan value. We reserve the right to defer the payment of any cash loan for 6 months after you ask us, unless the loan is to pay a premium to us.

## loan value

The loan value is the amount which, together with interest at the loan interest rate, equals the projected cash value at the end of the policy year in which the loan is made.

## loan interest

The loan interest rate for a Preferred Loan is 4.0%. The loan interest rate for that portion of your loan and loan interest in excess of a Preferred Loan is 6.5%. A Preferred Loan is that portion of your loan and loan interest that is not greater than the policy value less the sum of all premium payments that have been made to this contract.

Interest accrues daily and is due at the end of each policy year. Any interest not paid when due is added to the amount of the loan and will itself, bear interest at the rate described in this section. The amount of the policy value equal to the policy loan will always be credited interest at an annual rate of 4%, regardless of the rate credited to the unloaned policy value.

## loan repayment

You may pay back your loan and loan interest at any time. If you do not, we will deduct the loan and loan interest from the amounts we pay.
If your loan and loan interest exceed the cash value, this contract will stop except as provided in the grace period section. We must mail a notice to you and all assignees at least 30 days before the contract stops.

# Other Terms of Your Policy

## our contract with you

These pages are your entire contract with us. We issued it based upon your app and the payment made by you. A copy of the app is included.

We will not use any statements, except those made in the app, to challenge any claim or to avoid any liability under this policy. The statements made in the app will be treated as representations and not as warranties.

Only our officers have authority to change this contract. Any change must be written. No agent may do this.

| Attained Age | Applicable Percentage |
|---|---|
| 52 | 171 |
| 53 | 164 |
| 54 | 157 |
| 55 | 150 |
| 56 | 146 |
| 57 | 142 |
| 58 | 138 |
| 59 | 134 |
| 60 | 130 |
| 61 | 128 |
| 62 | 126 |
| 63 | 124 |
| 64 | 122 |
| 65 | 120 |
| 66 | 119 |
| 67 | 118 |
| 68 | 117 |
| 69 | 116 |
| 70 | 115 |
| 71 | 113 |
| 72 | 111 |
| 73 | 109 |
| 74 | 107 |
| 75 to 90 | 105 |
| 91 | 104 |
| 92 | 103 |
| 93 | 102 |
| 94 | 101 |
| 95 and above | 100 |

We will conduct a test monthly and increase the death benefit subject to our then current underwriting limits to be equal to the applicable percentage of your policy value, if necessary. The death benefit will remain at that level unless it has to be increased again. If we cannot increase the death benefit due to underwriting limits, we will return the amount of cash value necessary so that the death benefit will be equal to the applicable percentage of your policy value after returning the amount.

We will perform any necessary action within 60 days of the end of the policy year in which the requirement has not been met.

We reserve the right to amend the policy to comply with:

1. Future changes in the Internal Revenue Code;
2. Any regulations or rulings issued under the code; and
3. Any other requirements imposed by the Internal Revenue Service.

We will give you a copy of any such amendment.

*settlement*

The net death benefit, or the net cash value in the event you withdraw it, will be paid in one sum or applied to any settlement option we then provide. Settlement options will include:

1. We will hold the proceeds at interest, and pay out the funds when the person entitled to them requests.
2. We will pay a selected monthly income until the proceeds, with interest, are exhausted.
3. We will pay a monthly income, based upon the amount of proceeds, interest rate and the age and sex of the person or persons receiving the funds, for a selected period or the lifetime of the person or persons to whom the funds are being paid.

At the time the proceeds are payable, we will inform you concerning the rate of interest to be paid on funds left with us. We guarantee that the rate of interest will not be less than 3 1/2%. We may pay interest in excess of the guaranteed rate. We will issue a supplementary contract setting forth the benefits to be paid and the rights of the beneficiary. Each election must include at least $5,000.00 of policy proceeds and must result in installment payments of not less than $50.00.

The following table shows the guaranteed monthly payment per $1,000.00 of policy proceeds over the fixed number of years shown.

| No. of Years | Monthly Payment |
|---|---|
| 1 | $84.65 |
| 2 | 43.05 |
| 3 | 29.19 |
| 4 | 22.27 |
| 5 | 18.12 |
| 6 | 15.35 |
| 7 | 13.38 |
| 8 | 11.90 |
| 9 | 10.75 |
| 10 | 9.83 |
| 11 | 9.09 |
| 12 | 8.46 |
| 13 | 7.94 |
| 14 | 7.49 |
| 15 | 7.10 |
| 16 | 6.76 |
| 17 | 6.47 |
| 18 | 6.20 |
| 19 | 5.97 |
| 20 | 5.75 |

UL 9250

# Flexible Premium Adjustable Life Policy

## Policy Amendment

This amendment is hereby added to the policy as of its issue date. It amends the Cash Value provision of the policy.

We agree to waive the surrender charge defined in the policy, subject to the provisions of this amendment if, at any time during the first fourteen policy years, the actual cost of insurance rate charged is greater than the rate provided by the rate scale in effect on the issue date for the issue age, sex, and premium class of the insured.

The cost of insurance rate can never be greater than those shown on Page 5.

The offer to waive surrender charges will expire 60 days after we notify you that the above has occurred. If you ask to surrender the policy for its cash value before this offer expires, we will pay you the policy value less any loan and accrued loan interest but we will not deduct the surrender charge.

If you ask to surrender the policy more than 60 days after the offer to waive surrender charges is made, we will deduct the surrender charge as shown in the policy.

### LINCOLN BENEFIT LIFE COMPANY

B. Eugene Wraith
President

*UL9251*

*Conversion of Term Plan 1993?*

# LINCOLN BENEFIT LIFE COMPANY
### P.O. BOX 80469, LINCOLN, NEBRASKA 68501

USE DARK
INK ONLY

### PART I — APPLICATION FOR INSURANCE ON LIFE OF PROPOSED INSURED BELOW

**SECTION I**
The Proposed Insured or Joint Insured 'A'

| Name | | | Birthdate | Age | Sex | Birth Place | Social Sec. No. |
|---|---|---|---|---|---|---|---|
| Last Bond | First Vincent | Mid. initial J | 12/14/48 | 50 | M | NJ | 73-42-Bond |

| Home Address | City | State | Zip | How Long There? | |
|---|---|---|---|---|---|
| 80 Lake Road, Far Hills | | N.J. | 0793? | 3-2 | *If this is not the mailing address check here and provide separate* |

| Employer's Name and Address | City | State | Zip | How Long There? |
|---|---|---|---|---|
| Auto Club of NJ Plaza Court Ramb, PA Morristown NJ 07960 | | | | 16 |

| Height | Weight | Occupation and Job Duties (Be Specific) | Home Phone No. | Bus. Phone No. |
|---|---|---|---|---|
| | | Sr. VP President/Owner-Autoclub | 908-876-1145 | 973-425-7592 |

**Tobacco Use**
(A) Do you currently smoke cigarettes, or have you smoked them in the last 12 months?  ☐ Yes  ☒ No
(B) Have you used any form of tobacco in the last 3 years? (Type:_____)  ☐ Yes  ☒ No

**SECTION II**
The Policy

| Plan of Insurance | Face Amount |
|---|---|
| MA Term Achiever | $ 1,500,000 |

| Modal Planned Premium | Mode of Payment Apply Conversion Credit |
|---|---|
| $_____ | ☐ Single  ☐ Ann.  ☐ Semi-Ann.  ☒ Quarterly  ☐ Monthly B. O. M.  ☐ |

| Death Benefit Option? For U.L. Only | Continuation of U.L. Premium? (U.L. Only) | ADB? | APL? (Non-U.L. Only) | Waiver of Premium? (Non-U.L. Only) |
|---|---|---|---|---|
| ☒ One  or  ☐ Two | ☐ Yes  For ☐ | ☐ Yes For $ IVC | ☐ Yes | ☐ Yes |

**Additional Riders**

On **Base** Insured: ☐ Prime Term Rider (UL only)
☐ Additional Insured Rider   Amount $ _____

On **Other** Person(s): ☐ Additional Insured Rider .......... Complete Section V on Page 2.

☐ Child Rider for ☐ One ☐ Two units   ☐ Other _____
☐ Caretaker (Long Term Care—UL only)   ☐ Other _____
☐ Safekeeper (Catastrophic Illness—UL only)   ☐ Other _____

Is this life insurance policy being funded by a qualified retirement plan, pursuant to the incidental insurance provision?   ☐ Yes  ☒ No

**SECTION III**
The Applicant (Owner)

| Name of Applicant (Owner) If Other Than Proposed Insured | Relationship | Social Sec. No. or Tax ID No. |
|---|---|---|
| The Olivia G. Bond Family Trust 3/2/95 Bradford Mills Bond Trustee | | |

| Address | City, State, Zip | Phone No. | Birthdate |
|---|---|---|---|
| P.O. Box 7016 Bedminster N.J. 07921-7016 | | | N/A |

**SECTION IV**
The Beneficiary

| Primary | Relationship | Address |
|---|---|---|
| The Olivia G. Bond Family Trust 3/1/95 P.O. Box 7016 Bedminster NJ Bradford Mills Bond Trustee | | 07921 7016 |

| Contingent | | |
|---|---|---|

LA 9000  Page 1

3/98

## SECTION V
**Additional Insured, Joint Insured 'B', or Spouse**

If more than one additional insured, check here ☐ and complete Section V of another application.

| Name | Birthdate | Age | Sex | Birth Place | Social Sec. No. |
|---|---|---|---|---|---|

| Height | Weight | Occupation and Job Duties | Home Phone No. | Bus. Phone No. |
|---|---|---|---|---|

| Employer's Name and Address | How Long There? |
|---|---|

**Amount Applied for Under This Rider**  **ADB?**
$ ☐ Yes   For $

**Tobacco Use**
(A) Do you currently smoke cigarettes, or have you smoked them in the last 12 months? ☐ Yes ☐ No
(B) Have you used any form of tobacco in the last 3 years? (Kind: _____ ☐ Yes ☐ No

**Beneficiary**
Primary                    Relationship   Contingent                    Relationship

## SECTION VI
**Children To Be Insured Under Child Rider**

Only children, step-children and adopted children under age 18. If more children, check here ☐, complete Section VI of another application.

| Name | Age | Sex | Birthdate | Birthplace | Height | Weight |
|---|---|---|---|---|---|---|

## SECTION VII
**Existing Insurance**

(A) List personal and business life insurance, annuity, and long term care coverage. If "**none**", so state.

| Proposed Insured(s) | Life Amount | Plan | Company | Policy # | ADB Amount | Year Issued |
|---|---|---|---|---|---|---|

(B) Will this policy, if issued, replace or change insurance or annuities in this or any company? ☒ Yes ☐ No
If YES, circle which policies listed above are to be replaced or changed and follow state regulations. Face amount being replaced $ 1.5 million   Conversion of poly #005 7784 (Tom)

## SECTION VIII
**Additional Risk Selection Questions**

Questions apply to **all** proposed insureds. Provide details of "YES" answers in Section IX.

| | | |
|---|---|---|
| (A) Is any other insurance application pending? | ☐ Yes | ☐ No |
| (B) Had any application for insurance declined, postponed, rated, modified, or refused for reinstatement? | ☐ Yes | ☐ No |
| (C) Ever been convicted of a felony? | ☐ Yes | ☐ No |
| (D) In the last 3 years: | | |
| (1) Had 3 or more moving traffic violations, had driver's license suspended or revoked, or more than 2 auto accidents? (If "Yes" D.L. # _____ ) | ☐ Yes | ☐ No |
| (2) Flown as a pilot, co-pilot, or crew member of an aircraft? | ☐ Yes | ☐ No |
| (3) Participated in sky or scuba diving, hang gliding or racing? | ☐ Yes | ☐ No |
| (E) Has lived in the U.S.A. for less than 3 years or will travel out of the U.S.A. in the next 2 years? | ☐ Yes | ☐ No |
| (F) Is a member of the military (active or National Guard)? Provide rank, duties, travel assignment | ☐ Yes | ☐ No |
| (G) Has anyone to be considered been advised they need to have an exam or lab test for this insurance? (If yes, provide name below) | ☐ Yes | ☐ No |

## SECTION IX
**Remarks, Special Instructions**

Mailing Address for Premium + Correspondence
P.O. Box 7014 Bedminster NJ 07921-7014
Conversion of term policy #005 77754 to UL.
Same Owner, Same beneficiary, Same TAX ID# Same Insured as
term policy

# Part 2

**COMPLETE FOR ALL PROPOSED INSUREDS WHO ARE APPLYING**
**THE ANSWERS TO THE FOLLOWING QUESTIONS APPLY TO ALL PERSONS PROPOSED FOR INSURANCE.**

1. To your best knowledge and belief, have you ever sought or received *treatment* or *advice* for:

(a) Heart attack, stroke, paralysis or cancer, or ever had or been told that you had any of these disorders? ☐ Yes ☐ No

(b) The use of alcohol or been arrested for having used it? ☐ Yes ☐ No

(c) The use of any narcotic, barbiturate, amphetamine or hallucinogenic drug or been arrested for the use or possession of such drug or are you currently using except as prescribed by a physician? ☐ Yes ☐ No

(d) Acquired immune deficiency syndrome (AIDS), AIDS related complex (ARC) or AIDS related condition? ☐ Yes ☐ No

**If any of Questions 1(a), 1(b), 1(c) or 1(d) are answered "Yes" do not collect a remittance or issue a receipt and temporary insurance agreement.**

2. Have you, within the last ten years, consulted a physician or practitioner for, or have you ever had symptoms pertaining to, or disease of:

(a) Heart, blood or blood vessels? ☐ Yes ☐ No

(b) High blood pressure or chest pain? ☐ Yes ☐ No

(c) Brain; mental or emotional disorder? ☐ Yes ☐ No

(d) Lungs, shortness of breath, asthma or emphysema? ☐ Yes ☐ No

(e) Tumor? ☐ Yes ☐ No

(f) Stomach, intestines, liver or pancreas? ☐ Yes ☐ No

(g) Diabetes, thyroid or pituitary gland? ☐ Yes ☐ No

(h) Anemia requiring prescription medication? ☐ Yes ☐ No

(i) Kidneys; sugar, albumin or blood in the urine? ☐ Yes ☐ No

(j) Nervous system; seizures, convulsions, epilepsy, dizziness or fainting spells? ☐ Yes ☐ No

3. Have you ever been advised to have diagnostic tests, hospitalization or surgery which was not completed? ☐ Yes ☐ No

4. Has your parent, grandparent, brother or sister ever had cancer, heart disease or diabetes? If yes, advise on whom and if deceased, state cause of death and age at death. ☐ Yes ☐ No

5. Have you, within the last five years:

(a) Had any illness, disease or injury that is not included in your other answers? ☐ Yes ☐ No

(b) Consulted or been examined or treated by any physician or practitioner not named in connection with your other answers? ☐ Yes ☐ No

(c) Had a checkup or routine physical examination? (Give full reasons and details below.) ☐ Yes ☐ No

(d) Had an electrocardiogram, X-ray or any laboratory test or study? ☐ Yes ☐ No

6.(a) Full name, address and phone number (if known) of personal physician. **If none, so state.**

(b) Date last seen: _____

(c) Reason: _____

(d) Result: _____

7. **DETAILS IN CONNECTION WITH QUESTIONS ANSWERED "YES" ABOVE**

| Question Number | Date of History | Name of Person to Whom Answers Apply | Give full details for each question answered "YES", including nature of illness or injury, number of attacks, duration, severity, treatment results, name and address of doctors, hospital or clinic involved. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Parts 1 and 2 continued

## FOR HOME OFFICE ENDORSEMENTS ONLY

### SEE AMENDMENT OF APPLICATION ATTACHED

---

**Owner and Persons Proposed for Insurance: Please Read and Sign:**

I declare that all answers written on this Application are full and correct, to the best of my knowledge and belief. Except in Maine, Oregon, and South Carolina, Lincoln Benefit Life Company is not presumed to know any information not in this Application.

A. Lincoln Benefit Life Company has the right to require a medical exam of any person proposed for insurance, even if Question G, Section VIII is answered "No".

B. Lincoln Benefit Life Company may add to or correct the Application in the space "For Home Office Endorsement Only." Any changes are agreed to if the policy issued is accepted, but written agreement will be obtained from me for any change in insurance amount, plan, benefits, payment class or age at issue. (In Kentucky, Maryland, Pennsylvania, and W. Virginia written agreement will be obtained for any changes.)

C. Insurance will start only as provided in the Receipt and Temporary Insurance Agreement issued in connection with this application. If no receipt is issued, or if insurance under it has been stopped and not started again, no insurance will start by reason of the application until the policy is delivered and the first payment is accepted by Lincoln Benefit Life. In this case, the insurance will start on the date shown in the policy. No insurance will start if on the start date of the policy the health of the persons proposed for insurance is not as described in the application.

D. Each person who signs below acknowledges that he or she has read and understands this Application, including the notice about the M.I.B. and consumer reports, and acknowledges receipt of the Special Notice about M.I.B. and consumer reports.

E. Only an officer of Lincoln Benefit Life Company may change the app or waive a right or requirement. No agent may do this.

F. Under penalties of perjury, I certify (1) that the number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

G. Authorization and Disclosure:

I authorize any (a) physician, medical practitioner, hospital, clinic, other medical or medically related facility, (b) Veterans Administration, (c) insurance or reinsuring company, (d) M.I.B., consumer reporting agency, or (e) employer having information available as to diagnosis, treatment and prognosis with respect to (1) any past and present physical, mental, drug and/or alcohol conditions and/or treatment for each person proposed for insurance; and (2) any other non-medical information, including information obtained after this authorization is signed, to give any and all such information to Lincoln Benefit Life Company, its reinsurers, and (except for M.I.B. information) its legal representative, or consumer reporting agency. I acknowledge receipt of the Special Notice about M.I.B. and Consumer reports. ☐ **I want to be interviewed if an investigative consumer report is obtained on me.** I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits. Any information obtained will not be released by Lincoln Benefit Life Company to any person or organization except to reinsuring companies, M.I.B., or other persons or organizations performing business or legal services in connection with my application or claim, as may be otherwise lawfully required or as I may further authorize.

I may request a copy of this authorization. I agree that a photographic copy of this authorization shall be as valid as the original. This authorization shall remain valid for 24 months from the date it is signed. I may revoke this authorization in whole or in part at any time, except to the extent that action is taken in reliance thereon.

Signed at ___Williston____ ___S. Dak____        Date ___Feb___ ___26___ ___99___
     (City)       (State)           (Month)   (Day)  (Year)

_____        _____
Primary Insured, Joint Insured "A", or Parent of Minor        Adult Additional Insured

_____        X _____
Spouse, Joint Insured "B" or        Owner
Adult Additional Insured

**Insurance Designers**
**7557 Rambler Rd.**        _____
**Suite 800**        Witnessed by Writing Agent

Case 1:11-cv-00115-CLC-SKL   Document 1-1   Filed 04/28/11   Page 20 of 45   PageID #: 23

LINCOLN BENEFIT LIFE COMPANY
PO BOX 3582
AKRON OH 44309-3582

ılı.ıılıı.ıllılllı.ılllı.ıllı.ıllı.ıllıılllıı.ıllı.ılılı.ıl
MARTHA L WARREN
63 COOL SPRINGS RD
SIGNAL MOUNTAIN TN 37377-2060

# LINCOLN BENEFIT LIFE
C O M P A N Y

*A Member of Allstate Financial Group*
1-800-525-9287

Statement Date:
12-04-10

0050133201 U0293804

## Notice of Payment Due

Please submit your payment along with the bottom portion of this notice in the enclosed return envelope.

| Policy Number | Insured | Due Date | #of Months | Premium |
|---|---|---|---|---|
| 01 U0293804 | BONO,VINCENT | 12-23-10 | 01 | 1,188.75 |

**Please pay this amount:**    1,188.75

See reverse side of bill for important additional information regarding your payment.

Keep this portion for your records

### LINCOLN BENEFIT LIFE
C O M P A N Y
*A Member of Allstate Financial Group*

Detach                                                                                     Detach

| Policy Number | Insured | Due Date | #of Months | Premium |
|---|---|---|---|---|
| 01 U0293804 | BONO,VINCENT | 12-23-10 | 01 | 1,188.75 |

**Return this portion with your payment**
**Amount Due:**   1,188.75

**To continue to provide you excellent service, please contact our Home Office at 1-800-525-9287 to notify us of an ADDRESS CHANGE, or if we can be of any further assistance. Thank you for your business!**

**EXHIBIT**
*B*

0000501332010029380400000118875000000000000000000

LINCOLN BENEFIT LIFE COMPANY
PO BOX 3582
AKRON OH 44309-3582

## LINCOLN BENEFIT LIFE
### C O M P A N Y

*A Member of Allstate Financial Group*
1-800-525-9287

 լսկլիդիդկրսիդկիիսդիրսկիդկդկիդկ||դ|գ|

BROOKS & OLIVIA BONO IRR TST 04/09/09
63 COOL SPRINGS RD
SIGNAL MOUNTAIN TN 37377-2060

Statement Date:
12-04-10

0050133201U0293806

### Notice of Payment Due

Please submit your payment along with the bottom portion of this notice in the enclosed return envelope.

| Policy Number | Insured | Due Date | #of Months | Premium |
|---|---|---|---|---|
| 01U0293806 | BONO,VINCENT | 12-23-10 | 01 | 1,188.75 |

**Please pay this amount:**     1,188.75

See reverse side of bill for important additional information regarding your payment.

### Keep this portion for your records

#### LINCOLN BENEFIT LIFE
##### C O M P A N Y
*A Member of Allstate Financial Group*

Detach                                                                 Detach

| Policy Number | Insured | Due Date | #of Months | Premium |
|---|---|---|---|---|
| 01U0293806 | BONO,VINCENT | 12-23-10 | 01 | 1,188.75 |

### Return this portion with your payment
**Amount Due:**   1,188.75

**To continue to provide you excellent service, please contact our Home Office at 1-800-525-9287 to notify us of an ADDRESS CHANGE, or if we can be of any further assistance. Thank you for your business!**

0000501332O1U0293806000001188750000000000000008



## Citizens Tri-County Bank

15689 Rankin Avenue
Dunlap, TN 37327
(423) 949-2173
www.citizenstricounty.com

Bill Payment    Options

Current Transactions    Download    Search

---

The Insurance Hub, Inc
P O Box
Signal Mountain, Tennessee 37377

$

Citizens Tri-County Bank

14132

12-20-2010

PAY TO THE ORDER OF: *Lincoln Benefit Life Company*    $1,188 76

one thousand one hundred eighty eight $ 76/100 DOLLARS

AUTHORIZED SIGNATURE

117 9

Case 1:11-cv-00115-CLC-SKL   Document 1-1   Filed 04/28/11   Page 23 of 45   PageID #: 26

UPS: Tracking Information

 Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**

**Service:**                         1ZE08A04NW93660633

UPS Next Day Air Saver®

**Shipped/Billed On:**     12/22/2010

**Delivered On:**        12/23/2010 9:32 A.M

**Delivered To:**          LINCOLN BENEFIT LIFE

2940 S 84TH ST

LINCOLN, NE, US  68506

**Signed By:**             SHAWN

**Left At:**                            Office

Thank you for giving us this opportunity to serve you.

Sincerely.

UPS

Tracking results provided by UPS:  01/08/2011 2:22 P.M.  ET

**EXHIBIT**

_C_

**Agent Qwest, Inc.**
4 Cherokee Blvd Suite 225
Chattanooga TN 37405

Citizens T~ ~unty Bank
1306 Taft Highway
Signal Mountain Tennessee 37377

87-207/641

1039

12-20-2010

PAY TO THE
ORDER OF   *Lincoln Benefit Life Company*   $ 1,188 <sup>75</sup>

*one thousand one hundred eighty eight $ 75/100* _____ DOLLARS

ØIUØ293804 Policy #

AUTHORIZED SIGNATURE

⑈00¦039⑈ ⑈064¦02070⑈ ⑈90003 206 8⑈

---

Agent Qwest, Inc.                                      1039



Agent Qwest, Inc.                                      1039

PAYMENT RECORD



EXHIBIT
D

13272PR
www.checkstoresonline.com 800-245-5776   Order # L29011-

**The Insurance Hub, Inc**
712 Mississippi Avenue
Signal Mountain, Tennessee 37377

Citizens Tri- ..ty Bank

87-207/641

12-20-2010

PAY TO THE
ORDER OF *Lincoln Benefit Life Company*     $ 1,188 76

*one thousand one hundred eighty eight $ 76/100*     DOLLARS
Security features
included.
Details on back.

MEMO 01 U0293806 policy #

AUTHORIZED SIGNATURE     MP

⑈0⑈4⑈4⑈1⑈3⑈2⑈  ⑆064102070⑆  ⑈90003 117 9⑈

---

**The Insurance Hub, Inc**     14132



**The Insurance Hub, Inc**     14132

PAYMENT RECORD

13272PR



**Citizens Tri-County Bank**
13699 Rankin Avenue
Dunlap, TN 37327
(423) 949-2173
www.citizenstricounty.com

Next Check Image

Top    Delete    Return

5497    026 451424170 001000050000 32088
122716

FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.
730022739



## Citizens Tri-County Bank

13699 Rankin Avenue
Dunlap TN 37327
(423) 949-7373
www.citizenstricounty.com

**Bill Payment**     Options

Current Transactions     Download     Search

---

**Agent Quest, Inc.**
4 Cherokee Blvd Suite 225
Chattanooga TN 37405

Citizens Tri-County Bank
1308 Dell Highway
Signal Mountain Tennessee 37377

1039

12-20-2010

PAY TO THE ORDER OF *Lincoln Benefit Life Company* $1,188 $^{75}$

*One thousand one hundred eighty eight* $ $^{75}$/100   DOLLARS

MEMO *BLUE 29 3804 Policy #*

AUTHORIZED SIGNATURE

206 B



Citizens Tri-County Bank
13600 Rankin Avenue
Dunlap, TN 37327
(423) 949-2173
www.citizenstricounty.com

| Contact | Info | Log Out |

Bill Payment   Options

Current Transactions   Download   Search

FOR DEPOSIT ONLY
JPMorgan Chase Bank  N A
730199979

Case 1:11-cv-00115-CLC-SKL   Document 1-1   Filed 04/28/11   Page 29 of 45   PageID #: 32

# LINCOLN BENEFIT LIFE
## AN ALLSTATE COMPANY

March 4, 2011

Martha Warren
63 Cool Springs Road
Signal Mountain TN 37377-2060

Policy Number: 01U0293804
Insured: Vincent Bono

**Re: Your Request for Policy Information**

Dear Ms. Warren:

Thank you for choosing Lincoln Benefit Life Company to help you prepare for the future.

We received your request for a transaction history on the policy number referenced above.

**Your Payment History**
We have enclosed the policy payment history you requested, which indicates the amount of premium received, as well as the effective dates of the payments. Please note that the policy is on a monthly billing cycle for $1,188.75.

If you have any questions about the information in this letter or require additional information, feel free to call Customer Service at our toll-free number, 1-800-525-9287.

**Thank You**
Thank you for being a valued Lincoln Benefit Life Company customer. We appreciate your business and are committed to helping provide the financial security you need now and in the future.

Sincerely,

Scott Minks
Customer Service Specialist

cc: James Tucker

Enclosure: 1

P.O. Box 660191 Dallas TX 75266-0191  Phone: 800.525.9287 Fax: 866.525.5433 Email: service@allstate.com

**EXHIBIT**
_E_

Case 1:11-cv-00115-CLC-SKL   Document 1-1   Filed 04/28/11   Page 30 of 45   PageID #: 33

|                | Date:            | March 4, 2011 |
|                | Re: Policy Number: | 01U0293804 |
|                | Insured:         | Vincent Bono |

| Effective Date | Amount Received |
| --- | --- |
| 03/23/99 | $3,566.25 |
| 03/23/99 | $1,390.95 |
| 07/14/99 | $3,566.25 |
| 07/14/99 | $0.25 |
| 10/19/99 | $3,566.25 |
| 01/21/00 | $4,250.00 |
| 04/19/00 | $3,566.25 |
| 04/19/00 | $33.75 |
| 07/21/00 | $3,566.25 |
| 07/21/00 | $0.50 |
| 06/10/02 | $1,000.00 |
| 07/24/02 | $1,000.00 |
| 09/09/02 | $1,000.00 |
| 10/25/02 | $1,000.00 |
| 12/16/02 | $1,000.00 |
| 01/22/03 | $1,000.04 |
| 03/06/03 | $1,125.39 |
| 05/01/03 | $1,100.00 |
| 07/17/03 | $1,000.00 |
| 09/17/03 | $1,000.00 |
| 12/11/03 | $1,000.00 |
| 01/09/04 | $1,000.00 |
| 03/01/04 | $1,000.00 |
| 04/19/04 | $1,500.00 |
| 06/21/04 | $1,300.00 |
| 09/22/04 | $1,400.00 |
| 11/22/04 | $1,400.00 |
| 11/23/04 | $2,800.00 |
| 03/21/05 | $1,000.00 |
| 05/24/05 | $1,200.00 |
| 07/28/05 | $655.00 |
| 08/23/05 | $655.00 |
| 09/22/05 | $660.00 |
| 10/21/05 | $700.00 |
| 11/23/05 | $700.00 |
| 12/23/05 | $700.00 |
| 01/23/06 | $700.00 |
| 02/23/06 | $1,000.00 |

1

| Date Processed | Amount Received |
|---|---|
| 03/22/06 | $1,000.00 |
| 04/21/06 | $1,000.00 |
| 05/22/06 | $1,000.00 |
| 06/21/06 | $1,000.00 |
| 07/21/06 | $1,000.00 |
| 08/22/06 | $1,000.00 |
| 09/22/06 | $1,000.00 |
| 12/01/06 | $1,250.00 |
| 02/13/07 | $1,800.00 |
| 06/22/07 | $1,500.00 |
| 07/23/07 | $1,500.00 |
| 08/22/07 | $1,500.00 |
| 01/08/08 | $1,500.00 |
| 04/04/08 | $2,000.00 |
| 07/09/08 | $1,250.00 |
| 11/20/08 | $2,200.00 |
| 03/25/09 | $3,355.81 |
| 05/22/09 | $1,188.75 |
| 08/12/09 | $1,188.75 |
| 09/23/09 | $1,188.75 |
| 11/23/09 | $1,967.55 |
| 12/21/09 | $1,188.75 |
| 01/21/10 | $1,188.75 |
| 02/20/10 | $1,188.75 |
| 03/20/10 | $1,188.75 |
| 04/21/10 | $1,188.75 |
| 06/23/10 | $1,188.75 |
| 08/23/10 | $1,188.75 |
| 10/22/10 | $1,188.75 |
| 12/23/10 | $1,188.75 |
| Total premiums paid | $94,190.49 |

## LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

March 4, 2011

Brooks and Olivia Bono Irrevocable Trust 4/9/09
63 Cool Springs Road
Signal Mountain TN 37377-2060

Policy Number: 01U0293806
Insured: Vincent Bono

**Re: Your Request for Policy Information**

Dear Trustee:

Thank you for choosing Lincoln Benefit Life Company to help you prepare for the future.

We received your request for a transaction history on the policy number referenced above.

**Your Payment History**
We have enclosed the policy payment history you requested, which indicates the amount of premium received, as well as the effective dates of the payments. Please note that the policy is on a monthly billing cycle for $1,188.75.

If you have any questions about the information in this letter or require additional information, feel free to call Customer Service at our toll-free number, 1-800-525-9287.

**Thank You**
Thank you for being a valued Lincoln Benefit Life Company customer. We appreciate your business and are committed to helping provide the financial security you need now and in the future.

Sincerely,

Scott Minks
Customer Service Specialist

cc: James I. Tucker

Enclosure: 1

|  | Date: | March 4, 2011 |
|--|-------|---------------|

Re: Policy Number: 01U0293806
Insured: Vincent Bono

| Effective Date | Amount Received |
|----------------|-----------------|
| 03/23/99 | $3,566.25 |
| 03/23/99 | $1,390.95 |
| 07/14/99 | $3,566.25 |
| 07/14/99 | $0.25 |
| 10/19/99 | $3,566.25 |
| 01/21/00 | $4,250.00 |
| 04/19/00 | $3,566.25 |
| 04/19/00 | $33.75 |
| 07/21/00 | $3,566.25 |
| 06/19/02 | $1,000.00 |
| 07/24/02 | $1,000.00 |
| 09/09/02 | $1,000.00 |
| 10/25/02 | $1,000.00 |
| 12/16/02 | $1,000.00 |
| 01/22/03 | $1,000.04 |
| 03/06/03 | $1,125.39 |
| 05/01/03 | $1,100.00 |
| 07/17/03 | $1,000.00 |
| 09/17/03 | $1,000.00 |
| 12/11/03 | $1,000.00 |
| 01/09/04 | $1,000.00 |
| 03/01/04 | $1,000.00 |
| 04/19/04 | $1,500.00 |
| 06/21/04 | $1,300.00 |
| 09/22/04 | $1,400.00 |
| 11/22/04 | $1,400.00 |
| 11/23/04 | $2,800.00 |
| 03/21/05 | $1,000.00 |
| 05/24/05 | $1,200.00 |
| 07/28/05 | $655.00 |
| 08/23/05 | $655.00 |
| 09/22/05 | $660.00 |
| 10/21/05 | $700.00 |
| 11/23/05 | $700.00 |
| 12/23/05 | $700.00 |
| 01/23/06 | $700.00 |
| 02/23/06 | $1,000.00 |

1

| Date Processed | Amount Received |
|---|---|
| 03/22/06 | $1,000.00 |
| 04/21/06 | $1,000.00 |
| 05/22/06 | $1,000.00 |
| 06/21/06 | $1,000.00 |
| 07/21/06 | $1,000.00 |
| 08/22/06 | $1,000.00 |
| 09/22/06 | $1,000.00 |
| 12/01/06 | $1,250.00 |
| 02/13/07 | $1,800.00 |
| 06/22/07 | $1,500.00 |
| 07/23/07 | $1,500.00 |
| 08/22/07 | $1,500.00 |
| 01/08/08 | $1,500.00 |
| 04/04/08 | $2,000.00 |
| 07/09/08 | $1,250.00 |
| 11/20/08 | $2,200.00 |
| 03/25/09 | $3,358.36 |
| 05/22/09 | $1,188.75 |
| 08/21/09 | $1,200.00 |
| 09/23/09 | $1,188.75 |
| 11/23/09 | $1,959.34 |
| 12/07/09 | $1,188.75 |
| 01/07/10 | $1,188.75 |
| 02/06/10 | $1,188.75 |
| 03/06/10 | $1,188.75 |
| 04/07/10 | $1,188.75 |
| 06/01/10 | $1,188.75 |
| 06/02/10 | $20.00 |
| 08/23/10 | $1,188.75 |
| 10/22/10 | $1,188.76 |
| 12/23/10 | $1,188.76 |
| **TOTAL PREMIUMS** | $94,215.60 |

2

# IN THE CIRCUIT COURT OF TENNESSEE
## ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

Martha L. Warren, individually and as )
Trustee of the Brooks & Olivia Bono )
Irrevocable Trust, and Vincent Bono, )
          )
       Plaintiffs, )
       )
v. )       Docket No. 11-C-432
       )
Lincoln Benefit Life Company )
       )
       Defendant. )

---

### AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF HAMILTON

I, LAURA W. WIMBERLY, hereby make oath that I am over the age of eighteen (18) years of age. On the 29th day of March, 2011, I personally served the defendant:

     Name:                Lincoln Benefit Life Company

     Address of Service:    c/o CT Corporation System
                               1024 K Street

     City & State:        Lincoln, NE 68508

by depositing a copy of same in the United States Mail (Certified Mail – Return Receipt Requested # 7006-3450-0002-5785-6523) in an envelope with adequate postage affixed thereto and properly addressed to said defendant a copy of the Complaint and Summons in the above styled case and received confirmation on April 4, 2011 that said envelope was delivered and accepted on April 1, 2011.

Laura W. Wimberly    (Affiant)
101 Palisades Drive
Signal Mountain, TN 37377
(423) 886-9832

Sworn and subscribed before me
this _____ day of _Apr1_ _____, 2011.

NOTARY PUBLIC
My commission expires: __9/22/13__

# STATE OF TENNESSEE
## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

Martha L. Warren, individually and as )
Trustee of the Brooks & Olivia Bono )
Irrevocable Trust, and Vincent Bono, ) I I MAR 25) AM 10: 58
                                      )
          Plaintiffs,                 ) FILED IN OFFICE
                                      ) PAULA T. THOMPSON, CLERK    Docket No. 11 C 432
v.                                    )
                                      ) BY _____ DC
Lincoln Benefit Life Company          ) Division: _____
                                      )
          Defendant.                  )

## SUMMONS

**TO:**     **Lincoln Benefit Life Company**
            **c/o CT Corporation System**
            **1024 K Street**
            **Lincoln, Nebraska 68508**

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ATTESTED TO and issued this _25th_ day of _March_____, 2011.

Paula Thompson Clerk

By: _albewen_____
            Deputy Clerk

**ATTORNEYS FOR PLAINTIFF:**          Robert D. Philyaw
                                      Law Office of Robert D. Philyaw
                                      101 Palisades Drive
                                      Signal Mountain, TN 3777_____
                                      **Address**

**PLAINTIFF'S ADDRESS:**          _____ c/o Law Office of Robert D. Philyaw _____

Received this _____ day of _____, 2011.

            /S/_____
                    Deputy Sheriff

**Laura Wimberly**

| | |
|---|---|
| **From:** | Rob Philyaw [robphilyaw@comcast.net] |
| **Sent:** | Thursday, April 07, 2011 12:30 PM |
| **To:** | lwwimberly@comcast.net |
| **Subject:** | bono's case |

Margo called from Circuit Court Clerk. She needs the "green card" from the certified mail.

Please send it directly to her attention and note that it is for Case 11-c-432

thanks!

-----

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1209 / Virus Database: 1500/3559 - Release Date: 04/08/11

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>CARROLL   4-7-11 |
| 1. Article Addressed to:<br><br>LINCOLN BENEFIT<br>LIFE COMPANY<br>C/O C T CORPORATION<br>SYSTEM<br>1024 K STREET<br>LINCOLN, NE 68508 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>**FILED IN OFFICE**<br>**DATE/TIME** 4/7/11 @ 9:34 Am<br>**PAULA T. THOMPSON, CLERK**<br>**BY** _____ **D.C**<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. A<br>(T<br>PS F | |

11C432

102595-02-M-1540

**FILED IN OFFICE**
**DATE/TIME** 4/7/11 @ 9:34 Am
**PAULA T. THOMPSON, CLERK**
**BY** _____ **D.C**

CIVIL CASE COVER SHEET

DOCKET NO. 110432

Check One: **X** CIRCUIT COURT CHANCERY COURT
Date 04-12-11                                    Attorney of Record: Robert D. Philyaw

**I.** ORIGIN (Check One)
☒ Original Proceeding          ☐ Case Reopened          ☐ Counter-claim          ☐ Cross-claim
☐ 3rd Party Claim              ☐ Intervening Claim       ☐ Other (Specify)

**II.** TYPE OF SUIT (Check One)
**DOMESTIC RELATIONS**
☐ 361  Paternity          ☐ 362  Legitimation          ☐ 363  Adoption          ☐ 381  Order of Protection
   371  Divorce           ☐ 392  Reciprocal Support – Outgoing
☐ 391  Reciprocal Support – Incoming
☐ 401  Other Domestic Relations (Specify):

**GENERAL CIVIL**
X 461  Contract/Debt           ☐ 462  Specific Performance
☐ 471  Damages/Torts           ☐ 481  Real Estate Matter
☐ 491  Workers Compensation
☐ 501  Probate
☐ 511  Juvenile Court Appeal    ☐ 512  General Sessions Appeal    ☐ 513  Appeal From Admin. Hearing
☐ 571  Conservatorship         ☐ 572  Guardianship              ☐ 573  Trust
☐ 581  Miscellaneous General Civil (Specify)

**OTHER**
☐ 541  Judicial Hospitalization

**PETITION FOR:  (REOPENED CASES)**
☐ 382  Contempt          ☐ 383  Custody/Visitation/Child Support
☐ 387  Wage Assignment Hearing

**OTHER**
☐ 551  Other

**III.** Total amount sued for
Specify type of damages or relief sought:
Statutory authority for suit, if any

**IV.** Check one: ☐ Affidavit to Proceed in Forma Pauperis    ☒ Cost Bond  Surety    Robert D. Philyaw
**V.** JURY DEMAND (Check Yes Only If Demanded in Complaint)    ☐ Yes    ☐ No
**VI.** RELATED CASES (If Any)    Docket #_____    Judge_____
                                  Date Filed_____   Status_____

**VII.** PLAINTIFF/PETITIONER INFORMATION (List Additional Parties on Supplemental Form)
1. Name  Warren                    Martha                 L.          Individually and as Trustee
             LAST                     FIRST                MIDDLE
☐ AKA  ☐ DBA  ☐ BNF
S.S.# sealed          DOB _____    Drivers License #_____

COMPANY NAME
63 Cool Springs Road                                    Robert D. Philyaw
ADDRESS                                                  ATTORNEY
Signal Mountain        Tennessee        37377            101 Palisades Drive
CITY                   STATE            ZIP              ADDRESS
                                                         Signal Mountain        Tennessee        37377
EMPLOYER                                                 CITY                   STATE            ZIP
                                                         (423) 886-9832
ADDRESS                                                  PHONE
                                                         Tennessee Bar No. 021641
CITY                   STATE            ZIP              BOARD OF PROFESSIONAL RESPONSIBILITY #

**VIII.** DEFENDANT/RESPONDENT INFORMATION (List Additional Parties on Supplemental Form)
1. Name  Lincoln Benefit Life Company
             LAST                     FIRST                MIDDLE
☐ AKA  ☐ DBA  ☐ BNF
S.S.#_____          DOB _____ Drivers License #_____

c/o  CT Corporation System
COMPANY NAME                                            ATTORNEY
1024 K Street
ADDRESS                                                 ADDRESS
Lincoln, Nebraska  68508
CITY              STATE      ZIP                        CITY                   STATE            ZIP

EMPLOYER                                                PHONE

ADDRESS
                                                        BOARD OF PROFESSIONAL RESPONSIBILITY #
CITY              STATE      ZIP
TYPE OF SERVICE REQUIRED (Check One)                   ☐ Publication (Specify)_____
☐ Out of County Sheriff_____                 ☐ Other (Specify)_____
☐ Local Sheriff                                        Special Instructions_____
☐ Secretary of State
☐ Comm. of Ins.
☐ Other _____

**IX.** ASSOCIATED PARTY (Uninsured Motorist Carrier) INFORMATION
1.          Name_____
            ADDRESS_____
            CITY_____           STATE_____   ZIP_____
Type of Service (specify)_____
Are additional plaintiffs or defendants listed on a separate sheet?   X YES          NO

Vincent Bono
63 Cool Springs Road
Signal Mountain, TN  37377

# IN THE CIRCUIT COURT OF TENNESSEE
## ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

Martha L. Warren, individually and as )
Trustee of the Brooks & Olivia Bono )
Irrevocable Trust, and Vincent Bono, )
                                      )
                   Plaintiffs,        )
                                      )
v.                                    )       Docket No. 11-c-432
                                      )
Lincoln Benefit Life Company          )       JURY DEMAND
                                      )
                   Defendant.         )

## AMENDED COMPLAINT

Plaintiffs, Martha L. Warren individually and as Trustee of the Brooks & Olivia Bono Trust and Vincent Bono (hereinafter "Plaintiffs"), through counsel, files their Complaint against Defendant Lincoln Benefit Life Company, A Member of Allstate Financial Group (hereinafter "Defendant") to reinstate Defendant's life insurance policies on the life of Vincent Bono, Policy Numbers 01U0293804 and 01U0293806 (hereinafter "Policies"), or in the alternative for payment of all premiums paid on the Policies since the beginning of time, and otherwise to recover damages and would respectively show unto the Court the following:

1.     Martha L. Warren is the owner of Policy Number 01U0293804 and is a resident of Hamilton County, Tennessee.

2.     The Brooks & Olivia Bono Trust (the "Trust") is an irrevocable trust for the benefit of Brooks Bono and Olivia Bono whose Trustee is Martha L. Warren and is the owner of Policy Number 01U0293806.

3.     Vincent Bono is a resident of Hamilton County, Tennessee and is the Insured under the Policies.

4.     Lincoln Benefit Life Company is a Nebraska Corporation who may be served with process through its Registered Agent, CT Corporation System at 1024 K Street, Lincoln, Nebraska 68508 and is an insurance company doing business in Tennessee as Company #605679 and NAIC #65595.

5.     Plaintiffs and Defendant entered into two policy contracts on March 23rd, 1999 (hereinafter the "Contracts") for the life of Vincent Bono. A copy of the Contracts are attached hereto as Exhibit "A" and incorporated herein by reference.

6.     On December 4, 2010, Defendant notified Plaintiffs of amounts due under the Policies, to wit $1,188.75 due on December 23, 2010 for Policy Number 01U0293804 and $1,188.75 due on December 23, 2010 for Policy Number 01U0293806 by written letters (hereinafter the "Notices"). A copy of the Notices are attached hereto as Cumulative Exhibit "B" and incorporated herein by reference.

7.     On December 22, 2010, Plaintiffs dispatched overnight via UPS payments payable to Lincoln Benefit Life Company in the amounts due in the Notices (hereinafter the "Payments").

8.     On December 23, 2010, at 9:32 A.M., United Parcel Service (UPS) delivered the Payments to Defendant. A copy of the UPS Proof of Delivery is attached hereto as Exhibit "C" and incorporated herein by reference.

9.     Despite cashing both checks (See Exhibit "D" attached) Defendant notified Plaintiffs that the Policies had been terminated and would not be reinstated. Plaintiffs through their agent James Ira Tucker, made repeated requests to have the policies reinstated and were told that due to an internal error, Defendant's two invoices were off by $38.00 which shortage

caused the lapses. Plaintiffs relied on the invoices to be accurate and had no reason to believe otherwise.

10.     Plaintiffs have made payments in the amount of One Hundred Eighty Eight Thousand, Four Hundred and Five Dollars ($188,405.00) See proof of payments from Defendant attached hereto as <u>Exhibit "E"</u> and incorporated herein by reference.

11.     Defendant acted in bad faith by terminating and failing to reinstate the Policies.

12.     Defendant developed a course of dealing with Plaintiffs over many years that make Defendant's actions of termination and failure to reinstate unconscionable.

13.     Plaintiffs request an Order of Reinstatement of both Policies having Defendant pay any premium deficiencies that have accumulated.

14.     Plaintiffs alternatively request judgment in the amount of One Hundred Eighty Eight Thousand, Four Hundred and Five Dollars ($188,405.00) for premium payments made on the Policies, plus interest and attorney's fees and costs of this action.

WHEREFORE, premises considered, Plaintiffs pray:

1.     That proper process and copy issue and be served on the Defendant requiring it to answer this Complaint within the time required by law and the rules of this Court.

2.     That at the hearing of this cause Plaintiffs be awarded a judgment and contractual damages against the Defendant and in the amount of $188,405.00 for premiums paid plus interest plus reasonable attorney fees and other costs of collection; and/or

3.     In the alternative Plaintiffs request an Order of Reinstatement of both policies with Defendant and that Defendant be order to pay or waive any premium deficiencies to date.

4.     That Plaintiffs have such other, further relief to which they may be entitled to after an appropriate hearing.

Respectfully submitted,

Law Office of Robert D. Philyaw

By _____
Robert D. Philyaw (BPR # 21641)
101 Palisades Drive
Signal Mountain, TN  37377
423/886-9832
Fax 423/886-9835

# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

## CERTIFICATE AND SEAL

I, PAULA T. THOMPSON, Clerk, of the Circuit Court in and for the State and County aforesaid, hereby certify that the foregoing is a full, true and correct copy of the entire file in the case of:

MARTHA L WARREN

VS.

LINCOLN BENEFIT LIFE COMPANY

DOCKET NO. 11C432

Witness my hand and seal of the Court, this _28th_ day of _April_ , 20_11_.

PAULA T. THOMPSON, CLERK

By: _Patty Cates_
DEPUTY CLERK

HAMILTON COUNTY, TENNESSEE
SEAL
CIRCUIT COURT