# IN THE CIRCUIT COURT OF TENNESSEE
## ELEVENTH JUDICIAL DISTRICT AT CHATTANOOGA

| | | |
|---|---|---|
| Martha L. Warren, individually and as | ) | |
| Trustee of the Brooks & Olivia Bono | ) | |
| Irrevocable Trust, and Vincent Bono, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Docket No. 1:11-cv-115 |
| | ) | |
| Lincoln Benefit Life Company | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes the plaintiffs, Martha L. Warren, individually and as Trustee of the Brooks & Olivia Bono Irrevocable Trust, and Vincent Bono, by counsel and file this its Notice of Voluntary Dismissal With Prejudice of this cause pursuant to a Settlement Agreement reached by the parties previously announced to the Court.

Respectfully submitted,

Law Office of Robert D. Philyaw

/s/ Rob Philyaw
Robert D. Philyaw  (BPR # 21641)
101 Palisades Drive
Signal Mountain, TN  37377
423/886-9832
Fax 423/886-9835

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on counsel for the opposing party by filing the same within the Court's electronic filing system.

Christina M. Putman, Esq.
Randy J. Bruchmiller, Esq.                Bud Jackson, Esq.
SEYFARTH SHAW LLP                     CHAMBLIS
700 Louisiana Street, Suite 3700         2 Union Square, Suite 1000
Houston, Texas 77002                    Chattanooga, TN 37402

This 6th day of October, 2011.

/s/ Rob Philyaw
Robert D. Philyaw